CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 25 2006

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JEFFREY WHITE-BEY, <br>    Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:06CV00038 |
| v. | ) <br> ) | **FINAL ORDER** |
| ROANOKE CITY CIRCUIT COURT, <br>    Respondent. | ) <br> ) | By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that the above referenced petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent, if known.

ENTER: This 25th day of February, 2006.

                                                 /s/ Glen E. Conrad
                                               United States District Judge